UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV26-02185-MCS (AS) | Date | March 5, 2026 |
|---|---|---|---|
| Title | Hector Gutierrez v. Melissa Caraballo et al | | |

Present: The Honorable    Alka Sagar, United States Magistrate Judge

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Plaintiff | Attorneys Present for Defendant |
| None present | None present |

**Proceedings:**    **(IN CHAMBERS) ORDER REGARDING SCREENING IN *PRO SE* CIVIL RIGHTS CASE**

Plaintiff is advised that, pursuant to 28 U.S.C. § 1915(e)(2) and/or 28 U.S.C. § 1915A, the Court is presently screening the Complaint in this action. **Until the Complaint has been screened and the Court has ordered that service of process may occur, Plaintiff may not proceed with service of process on any Defendant.** Should the Court determine that the Complaint may be served, the Court will provide Plaintiff with instructions regarding service of process.

Plaintiff is also advised that he/she may not serve any request for discovery from a party or a nonparty before the parties have conferred as required by Rule 26(f), except in a proceeding exempted from initial disclosure under Rule 26(a)(1)(B), or when authorized by these rules, by stipulation, or by court order. See Fed. R. Civ. P. 26(d)(1). Plaintiff may seek the issuance of subpoenas after the Court orders an operative complaint to be served.

The Federal Rules of Civil Procedure and the Local Civil Rules for the Central District of California govern this action. Both *pro se* litigants and parties with counsel are held to these rules of procedure. One such rule, Local Rule 41-6, requires a party proceeding *pro se* to keep the Court informed of the party's current contact information, meaning the party's "current address as well as any telephone number and email address." To comply with this requirement, Plaintiff shall provide at the top of the first page of any document he or she submits for filing, his or her precise name, mailing address, telephone number (if any) and e-mail address (if any). The Court will presume the provided address is correct and will use it to communicate with Plaintiff. If there is any change to Plaintiff's contact information during the pendency of this action, Plaintiff must immediately provide the Court with the new information. Failure to keep the Court informed of Plaintiff's current address may result in dismissal of this action for failure to prosecute. See Carey v. King, 856 F.2d 1439, 1440–41 (9th Cir. 1988) (per curiam); Local Rule 41-6.

**IT IS SO ORDERED.**